UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL COLLINS,<br><br>      Plaintiff,<br>  v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 2:17-cv-06795-SHK<br><br>ORDER TO SHOW CAUSE |

  On July 13, 2018, the Court reversed the final decision of the Commissioner of the Social Security Administration's ("Commissioner") denying Plaintiff's application for supplemental security income and remanded the case to the Commissioner for further proceedings. Electronic Case Filing Number ("ECF No.") 19, Order; ECF No. 20, Judgment. On September 25, 2019, the Commissioner found Plaintiff disabled and awarded Plaintiff past due benefits totaling $46,285.00. ECF No. 23, Decl. of Laura E. Krank ("Ms. Krank.") in Supp. Of Mot. For Atty's Fees ("Krank Decl.") at 23.

  On December 27, 2019, Plaintiff's attorney, Ms. Krank, moved for attorney fees "in the amount of $14,000 with a credit to [P]laintiff for the [Equal Access to

Justice Act ("EAJA")] fees previously paid in the amount of $4,200.00." Id. at 1. Ms. Krank alleges that she "bases this fee on 25% of the net payable past due benefits" and concedes that "[t]he maximum fee that the court may award is 25% of the past due benefits." Id. at 4-5, 7 (citations omitted). Ms. Krank states that she "exercises billing discretion to limit the aggregate of all fees received to 25% of the past due benefits, the only withholding the Commissioner makes." Id. at 7.

Thus, based on the foregoing, Ms. Krank appears to seek twenty-five percent of Plaintiff's past-due benefits as compensation for her work in this matter, which she argues is $14,000. However, the Court calculates twenty-five percent of $46,285.00 as being $11,571.25.

Accordingly, Ms. Krank is ordered to show cause ("OSC"), by **February 7, 2020**, why the Court should not award her $11,571.25—the amount it calculates as totaling twenty-five percent of Plaintiff's past-due benefits, which Ms. Krank argues that she seeks in this case—with a credit to Plaintiff for the EAJA fees previously paid in the amount of $4,200.00. Ms. Krank can comply with this OSC by timely responding with an explanation clarifying the amount she seeks and supplying an amended proposed Order granting her fee award in that amount.

IT IS SO ORDERED.

DATED: 1/31/2020

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge